JOHN O. H. PITNEY AND JOHN R. HARDIN, EXECUTORS
OF THE LAST WILL AND TESTAMENT OF MARCUS
L. WARD, DECEASED, RESPONDENTS, v. NEWTON A.
K. BUGBEE, COMPTROLLER OF THE TREASURY OF
THE STATE OF NEW JERSEY, APPELLANT.

Submitted March 26, 1923—Decided April 17, 1923.

On appeal from the Supreme Court, whose opinion is reported *ante p.* 116.

For the appellant, *Thomas F. McCran,* Attorney-general.

For the respondents, *Pitney, Hardin & Skinner* and *Corwin Howell.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons stated in the opinion delivered by Mr. Justice Katzenbach in the Supreme Court touching the imposition of a transfer tax upon the bequest to the New Jersey Society for the Prevention of Cruelty to Animals.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, WHITE, HEPPENHEIMER, GARDNER, ACKERSON, VAN BUSKIRK, JJ. 12.

*For reversal*—None.